# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

135983

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHIRLEY LOUISE BODELL,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135983
COA: 274098
Eaton CC: 06-020058-FC

On order of the Court, the application for leave to appeal the January 31, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

p0519